**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 28, 2016.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 16-30910-HCM |
| ISELA ESPINOZA | § § | CHAPTER 7 |
| DEBTOR(S) | § § | |
| U.S. BANK NATIONAL ASSOCIATION MOVANT | § § | |

**AGREED ORDER TERMINATING STAY
EFFECTIVE DECEMBER 28, 2016**

The Court finds that U.S. Bank National Association, (hereinafter referred to as "Movant"), a secured creditor in this matter, has filed a Motion for Relief from Stay of Act Against Property ("Motion") concerning the collateral described as 14315 Early Morn AvenUE, El Paso, Texas 79938 (the "Property"), and more particularly described in the deed of trust; that all required notices of the Motion have been properly served; and that the parties have agreed to modification of the 11 USC §362(a) stay with respect to the Property. Movant is the holder of the certain Note and Deed of Trust ("Loan Documents") concerning the Property. Default has occurred in the performance of certain obligations of Debtors to Movant.

IT IS THEREFORE ORDERED that the 11 USC §362(a) stay as to Movant, its successors and/or assigns, is hereby TERMINATED EFFECTIVE DECEMBER 28, 2016, and Movant, its successors and/or assigns, is hereby permitted to exercise any rights granted to it by the parties' contract documents with respect to the Property including, but not limited to, the execution of a non-judicial foreclosure sale of the Property.

IT IS FURTHER ORDERED that the provisions of Bankruptcy Rule 4001(a)(3) are waived and the Order shall be in full force and effect upon signature of this Court.

IT IS FURTHER ORDERED that any excess proceeds from the sale of the Property shall be forwarded to the Chapter 7 trustee.

###

AGREED TO AND APPROVED BY:

| | |
|---|---|
| _/s/Karla Griffin_____ | _/s/LynAlise Tannery_____ |
| Karla Griffin / TBN _____ | Cristina Platon Camarata / TBN 16061560 |
| Watson Law Firm | Michael J. Burns / TBN 24054447 |
| 1123 E RIO GRANDE AVE | Sammy P. Hooda / TBN 24064032 |
| EL PASO, TX 79902-4618 | LynAlise K. Tannery / TBN 24083941 |
| (915) 562-4357 | Buckley Madole, P.C. |
| Attorney for Debtors | Attorneys and Counselors |
| | 14841 Dallas Parkway, Suite 300 |
| | Dallas, Texas 75254 |
| | (972) 643-6600 |
| | (972) 643-6698 (Telecopier) |
| | E-mail: BkcyAttorneys@BuckleyMadole.com |
| | Attorney for U.S. Bank National Association |

_/s/Ronald Ingalls_____
Chapter 7 Trustee
Ronald E. Ingalls
P.O. Box 2867
Fredericksburg, Texas 78624-1927